August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-14-00462-CV                    V.

TREELINE PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP, AND
LAROCA PARTNERS II, LTD., A TEXAS LIMITED PARTNERSHIP,
Appellees

_____

This cause, an appeal from the judgment signed March 10, 2014 in favor of appellees Treeline Partners, Ltd., a Texas Limited Partnership, and Laroca Partners II, Ltd., a Texas Limited Partnership, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees Treeline Partners, Ltd., a Texas Limited Partnership, and Laroca Partners II, Ltd., a Texas Limited Partnership.

We further order this decision certified below for observance.